UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                               :
                                                                        :
            -v-                                                         :     22-CR-580 (PAE)
                                                                        :
BASHIR HASSAN KULMIYE,                                                  :     SCHEDULING ORDER
                                                                        :
                              Defendant.                                :
                                                                        :
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, United States District Judge:

    Today's arraignment in this matter, scheduled for **12:00 p.m.**, will take place in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York.

    SO ORDERED.

Dated: November 4, 2022
       New York, New York

                                              PAUL A. ENGELMAYER
                                              United States District Judge