```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X
                                    :
UNITED STATES OF AMERICA
                                    :
    - v. -                                    22-CR-580 (PAE)
                                    :
BASHIR HASSAN KULMIYE,
    a/k/a "Bashir Sheikh           :
    Hassan Kulmiye,"                          PROTECTIVE ORDER
    a/k/a "Bashir Hasan            :
    Kulmiye,"
    a/k/a "Bashir Yare,"           :
    a/k/a "Bashir Abdullahi
    Yare,"                         :
    a/k/a "Bashir Abdi Yare,"
    a/k/a "Bashko,"                :

              Defendant.            :

- - - - - - - - - - - - - - - - - -X
```

       Whereas the United States of America, Damian Williams, United States Attorney for the Southern District of New York, by and through Assistant United States Attorneys Sam Adelsberg, Gillian Grossman, and David W. Denton, Jr., seeks an order restricting the dissemination of material produced pursuant to the Jencks Act and *Giglio v. United States*, 405 U.S. 150 (1972) ("3500 Material") in connection with the above-captioned case;

       Whereas, based on the consent of defendant BASHIR HASSAN KULMIYE, by and through his attorneys Katherine Goldstein, Esq., Parvin Moyne, Esq., and Michael Asaro, Esq., the Court finds that there is good cause for the requested relief;

IT IS HEREBY ORDERED that the defendant and his defense team -- including but not limited to Ms. Goldstein, Ms. Moyne, and Mr. Asaro, and any U.S.-based paralegals, investigators, interpreters, and experts working for the defendant or their attorneys -- shall not transport or transmit any of the 3500 Material outside of the United States;

IT IS FURTHER ORDERED that the defendant and his defense team shall not show or disseminate any of the 3500 Material to anyone other than the defendant and U.S.-based paralegals, investigators, interpreters, and experts working for the defense team;

IT IS FURTHER ORDERED that the defendant shall not possess any of the 3500 Material, except when reviewing the 3500 Material in the presence of their attorneys or U.S.-based paralegals, investigators, interpreters, and experts working for the defense team;

IT IS FURTHER ORDERED that the defendant and his defense team shall return to the Government, or destroy, all of the 3500 Material at the close of the case or when any appeals have become final; and

IT IS FURTHER ORDERED that defense counsel may seek authorization of the Court, with notice to the Government, to provide certain specified materials to persons whose access to such materials is otherwise prohibited by this Order, if it is determined by the Court that such access is necessary for the purpose of preparing the defense of the case.

SO ORDERED:

_____              ____11/10/2022____
HONORABLE PAUL A. ENGELMAYER                     Date
United States District Court
Southern District of New York

The Clerk of Court is requested to terminate the motion at Dkt. No. 22.