Akin Gump
STRAUSS HAUER & FELD LLP

**KATHERINE R. GOLDSTEIN**
+1 212.872.8057/fax: +1 212.872.1002
kgoldstein@akingump.com

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: ***United States v. Bashir Hassan Kulmiye,* 22 Cr. 580 (PAE)**

Dear Judge Engelmayer:

We respectfully write to request that Your Honor issue the below Proposed Order, and grant any further relief as necessary, to approve the issuance of a Rule 17(c) subpoena to be served upon [redacted]

Because the contents of this letter relate to the preparation of Mr. Kulmiye's defense and case strategy, we intend to file under seal.

**ORDER**

IT IS SO ORDERED that Akin Gump Strauss Hauer & Feld LLP, defense counsel for Bashir Kulmiye in the above-captioned action, shall be permitted to serve a Rule 17(c) subpoena on [redacted]

The Clerk of Court is requested to terminate the motion at Dkt. No. 31.`

Dated: January 10, 2023

Paul A. Engelmayer
THE HONORABLE PAUL A. ENGELMAYER, USDJ