

**KATHERINE R. GOLDSTEIN**
+1 212.872.8057/fax: +1 212.872.1002
kgoldstein@akingump.com

## EX PARTE AND UNDER SEAL
January 24, 2023

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    *United States v. Bashir Hassan Kulmiye,* **22 Cr. 580 (PAE)**

Dear Judge Engelmayer:

      We respectfully write to request that Your Honor issue the below Proposed Order, and grant any further relief as necessary, to approve the use of CJA funds for Mr. Kilmiye's counsel to ███████████████████████████████ in the above-captioned action.  The Proposed Order permits defense counsel ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

      Because of the personal health details contained in this letter, we intend to file under seal.

### **<u>PROPOSED ORDER</u>**

      IT IS SO ORDERED that Akin Gump Strauss Hauer & Feld LLP, defense counsel for Bashir Kilmiye in the above-captioned action, shall be permitted to use CJA funds to ██████ ████████████████

Dated: January 26, 2022

The Clerk of Court is requested to terminate the motion at Dkt. No. 33.

*Paul A. Engelmayer*
_____
THE HONORABLE PAUL A. ENGELMAYER, USDJ

One Bryant Park | New York, New York 10036-6745 | 212.872.1000 | fax: 212.872.1002 | akingump.com



The Honorable Paul A. Engelmayer
United States District Judge
January 24, 2023
Page 2

Thank you for your attention and consideration.

                                                              Sincerely,

                                                   */s/ Katherine R. Goldstein*
                                                   Katherine R. Goldstein