UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
UNITED STATES OF AMERICA,

    -v-                                                          22-CR-580 (PAE)

BASHIR HASSAN KULMIYE,                            SCHEDULING ORDER

                     Defendant.

------------------------------------------------------------------X

PAUL A. ENGELMAYER, United States District Judge:

For the reasons stated on the record at today's conference, the Court hereby sets the following schedule and deadlines:

- Any motions to suppress are due on **March 27, 2023**. Opposition to any suppression motions are due **April 21, 2023**.

- The next conference in this case will take place **April 3, 2023** at 11:00 a.m. in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY.

- Any 404(b) notice by the Government is due **April 14, 2023**.

- Any motions *in limine* are due on **April 28, 2023**. Opposition to motions *in limine* are due **May 12, 2023**.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: January 31, 2023
       New York, New York