Akin Gump Strauss Hauer & Feld LLP  T +1 212.872.1000
One Bryant Park                      F +1 212.872.1002
Bank of America Tower               akingump.com
New York, NY 10036



**KATHERINE R. GOLDSTEIN**
+1 212.872.8057/fax: +1 212.872.1002
kgoldstein@akingump.com

June 6, 2023

Re:  *United States v. Bashir Hassan Kulmiye*, **22 Cr. 580 (PAE)**

Dear Judge Engelmayer:

We respectfully submit this letter on behalf of our client in the above-captioned matter pursuant to Paragraph 2.E of Your Honor's Individual Rules of Practice in Criminal Cases to request a four-week adjournment of the presentence interview deadline set for June 5, 2023. This is our first request to adjourn the presentence interview deadline. We respectfully request an adjournment to provide the U.S. Probation Department for the Southern District of New York with sufficient time to make arrangements for a Somali interpreter and Probation Officer Robert Flemen to travel to the Metropolitan Detention Center in Brooklyn, where our client is being held. Probation has communicated to defense counsel that as a result of these scheduling issues, the earliest they will be able to conduct the presentence interview will be the end of June. Mr. Kulmiye's next scheduled court appearance is September 14, 2023 at 11:00 AM.

The Government consents to our application for a four-week adjournment.

Respectfully submitted,

*/s/ Katherine Goldstein*
Katherine R. Goldstein

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 50.

6/6/2023

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge