Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
Bank of America Tower
New York, NY 10036

T  +1 212.872.1000
F  +1 212.872.1002
akingump.com



**Michael A. Asaro**
+1 212.872.8100/fax: +1 212.872.1002
masaro@akingump.com

**EX PARTE AND UNDER SEAL**

June 15, 2023

VIA ECF

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   **United States v. Bashir Hassan Kulmiye, 22 Cr. 580 (PAE)**

Dear Judge Engelmayer:

  We respectfully write to request that Your Honor issue the below Proposed Order, and grant any further relief as necessary, to approve the use of CJA funds for Mr. Kulmiye's counsel to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ in the above-captioned action.  The Proposed Order permits defense counsel to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮  The funds sought will be utilized to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ in connection with his sentencing.

  Because this Letter reveals details going toward the defense's case strategy related to sentencing, we intend to file under seal.

**PROPOSED ORDER**

  IT IS SO ORDERED that Akin Gump Strauss Hauer & Feld LLP, defense counsel for Bashir Kulmiye, in the above-captioned action, shall be permitted to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Dated: June 16, 2023

*/s/ Paul A. Engelmayer*
_____
THE HONORABLE PAUL A. ENGELMAYER, USDJ

The Clerk of Court is requested to terminate the motion at Dkt. No. 52.