Akin Gump Strauss Hauer & Feld LLP     T    +1 212.872.1000
One Bryant Park     F    +1 212.872.1002
Bank of America Tower     akingump.com
New York, NY 10036



**KATHERINE R. GOLDSTEIN**
+1 212.872.8057/fax: +1 212.872.1002
kgoldstein@akingump.com

July 10, 2023

Re:    ***United States v. Bashir Hassan Kulmiye*, 22 Cr. 580 (PAE)**

Dear Judge Engelmayer:

    We respectfully submit this letter on behalf of our client in the above-captioned matter pursuant to Paragraph 2.E of Your Honor's Individual Rules of Practice in Criminal Cases to request a two-week adjournment of the sentencing scheduled for September 14, 2023, at 11:00 AM, which is also the parties' next scheduled appearance before the Court. This is our first request to adjourn the sentencing. We respectfully request the adjournment to provide the parties additional time to prepare their submissions in light of the U.S. Probation Department for the Southern District of New York's (the "Probation Department") two-week modification of the disclosure dates for the draft and final pre-sentence reports.

    Originally, pursuant to correspondence received from the Probation Department, the presentence interview was to be conducted by June 5, 2023. The draft and final presentence reports were scheduled to be disclosed on June 30, 2023 and July 28, 2023, respectively. Thereafter, the presentence interview was moved to June 30, 2023, to allow for a Somali interpreter to make travel arrangements to come to New York and obtain clearance to enter the Metropolitan Detention Center. Subsequently, the Probation Department proposed the revised presentence report disclosure dates of July 21, 2023 and August 11, 2023. Given this two-week modification of the disclosure dates, we respectfully request a corresponding two-week adjournment of the sentencing date and sentencing submission dates.

    The Government does not object to this motion for a two-week adjournment.

Respectfully submitted,

 /s/ *Katherine Goldstein*
Katherine R. Goldstein

**GRATNED.** Sentencing is adjourned to October 4, 2023 at 11:00 a.m. The parties shall serve their sentencing submissions in accordance with this Court's Individual Rules & Practices in Criminal Cases. The Clerk of Court is requested to terminate the motion at Dkt. No. 54.

SO ORDERED.

7/10/2023

_____
PAUL A. ENGELMAYER
United States District Judge