Akin Gump Strauss Hauer & Feld LLP  
One Bryant Park  
Bank of America Tower  
New York, NY 10036  

T   +1 212.872.1000  
F   +1 212.872.1002  
akingump.com  



KATHERINE R. GOLDSTEIN  
+1 212.872.8057/fax: +1 212.872.1002  
kgoldstein@akingump.com  

September 26, 2023

**VIA ECF**

Hon. Paul A. Engelmayer  
United States District Court  
Southern District of New York  
40 Foley Square  
New York, NY 10007  

    Re:   ***United States v. Bashir Hassan Kulmiye*, 22 Cr. 580 (PAE)**

Dear Judge Engelmayer:

    We respectfully submit this letter on behalf of our client in the above-captioned matter to request leave to file a letter with the Court under seal. A redacted copy of the letter, which seeks approval for redactions pursuant to Paragraph 7.E(ii) of Your Honor's Individual Rules of Practice in Criminal Cases, is attached to the letter motion. An unredacted version of the letter will be delivered to Chambers and the Government via email in electronic form.

    We are available at the Court's convenience to discuss any questions. Thank you.

                                                                       Respectfully submitted,

                                                                      /s/ Katherine Goldstein  
                                                                      Katherine R. Goldstein

The Court **APPROVES** the defense's application to file, on the public docket of this case, a redacted version of its sentencing submission, while filing under seal the complete unredacted version. The Clerk of Court is requested to terminate the motion at Dkt. No. 58.         9/27/2023

                                                SO ORDERED.

                                                                      PAUL A. ENGELMAYER  
                                                                      United States District Judge